**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROCIO MARTINEZ, MARGARITA VILLALOBOS, ALEJANDRO RAMIREZ, and CHRISTIAN TAPIA,** individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **VALID USA, INC., DANIEL KHOURI, PARAMESWARI VELUCHAMY, PETHINAIDU VELUCHAMY, and TIMOTHY HOOKS,** <br><br> Defendants. | ) ) ) **CASE NO. 13-cv-7183** ) ) **Judge Virginia Kendall** ) ) **Magistrate Judge Michael Mason** ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF MOTION**

TO:  Staci Ketay Rotman            Kenneth A. Henry
     William R. Pokorny             One N. LaSalle St., Suite 2200
     Neil S. Goldsmith              Chicago, IL  60602
     Franczek Radelet P.C.
     300 S. Wacker Dr., Suite 3400  Joseph R. Mazzone
     Chicago, IL  60606             3033 W. Jefferson St., Suite 208
                                    Joliet, IL  60435

PLEASE TAKE NOTICE that on July 31, 2014 at 9:00 a.m., we shall appear before the Honorable Virginia Kendall in Room 2319 of the United States District Courthouse for the Northern District of Illinois, Eastern Division, located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Motion for Extension of Time to Effectuate Service on Defendants Parameswari and Pethinaidu Veluchamy, a copy of which is attached and served upon you.

July 22, 2014                       Respectfully submitted,

                                    /s/ Christopher J. Wilmes
                                    Matthew J. Piers
                                    Christopher J. Wilmes
                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                    70 W. Madison St., Suite 4000
                                    Chicago, IL  60602
                                    Telephone:  312-580-0100
                                    Fax:  312-580-1994
                                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused one copy of this **Notice of Motion** to be served through the CM/ECF system automatically to counsel identified below on July 22, 2014.

>Staci Ketay Rotman
>William R. Pokorny
>Neil S. Goldsmith
>Franczek Radelet P.C.
>300 S. Wacker Dr., Suite 3400
>Chicago, IL  60606
>
>Kenneth A. Henry
>One N. LaSalle St., Suite 2200
>Chicago, IL  60602
>
>Joseph R. Mazzone
>3033 W. Jefferson St., Suite 208
>Joliet, IL  60435

>/s/ Christopher J. Wilmes
>One of the Attorneys for Plaintiffs