**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Rocio Martinez, et al.
                          Plaintiff,

v.                                                Case No.: 1:13−cv−07183
                                                  Honorable Virginia M. Kendall

Valid USA, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 8/25/2014. Discovery ordered closed by 3/31/2015. Status hearing set for 9/22/2014 at 09:00 AM. Status hearing set for 4/1/2015 at 09:00 AM. Plaintiff's oral request for 30 days to effectuate service as to defendant Velachamy is granted to 9/22/2014. Discovery is stayed as to defendant Valid. Defendant Khouri to file an answer to the amended complaint by 9/8/2014.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.