**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROCIO MARTINEZ, MARGARITA VILLALOBOS, ALEJANDRO RAMIREZ, and CHRISTIAN TAPIA, individually and on behalf of others similarly situated, | ) ) ) ) ) ) | CASE NO. 13-cv-7183 Judge Virginia Kendall |
| Plaintiffs, | ) ) | Magistrate Judge Michael Mason |
| v. | ) ) | |
| VALID USA, INC., DANIEL KHOURI, PARAMESWARI VELUCHAMY, PETHINAIDU VELUCHAMY, and TIMOTHY HOOKS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KHOURI**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs ask the Court to enter a default against Defendant Daniel Khouri and state in support as follows:

1. On October 8, 2013, Plaintiffs filed their complaint alleging that Defendants failed to pay them in accordance with the Fair Labor Standards Act, Illinois Minimum Wage Law, and Illinois Wage Payment Collection Act. Dkt. No. 1.

2. On October 16, 2013, Defendant Khouri was personally served with a copy of the summons and complaint. *See* Dkt. No.11 (Khouri Summons Returned Executed).

3. On November 6, 2013, Defendant Khouri appeared through counsel. Dkt. No. 20.

4. On January 2, 2014, Plaintiffs filed an Amended Complaint.

5. At an August 25, 2014 status hearing, Plaintiffs informed the Court and Mr. Khouri's counsel that Mr. Khouri never answered the Amended Complaint. Accordingly, the Court gave Defendant Khouri until September 8, 2014 to answer the Amended Complaint. Dkt. No. 55.

6. Despite the Court's order, Defendant Khouri still has not answered the Amended Complaint.

7. Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

WHEREFORE, Plaintiffs ask the Court enter a default against Defendant Daniel Khouri.

Dated: September 16, 2014                                  Respectfully submitted,


  /s/ Christopher J. Wilmes
One of the Attorneys for Plaintiffs

Matthew J. Piers (ARDC No. 2206161)
Kalman D. Resnick (ARDC No. 2318482)
Christopher J. Wilmes (ARDC No. 6287688)
**Hughes Socol Piers Resnick & Dym, Ltd.**
70 W. Madison St., Suite 4000
Chicago, IL 60602
(312) 580-0100