# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Rocio Martinez, et al.
                             Plaintiff,

v.                                                          Case No.: 1:13−cv−07183
                                                                        Honorable Virginia M. Kendall

Valid USA, Inc., et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held on 9/22/2014. Motion for default judgment [56] is entered and continued until 5:01 p.m. today if defendant Khouri doesn't file an answer to the amended complaint by close of business today. Status hearing set for 10/23/2014 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.