# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Rocio Martinez, Margarita Villalobos, Alejandro Ramirez, and Christian Tapia, individually and on behalf of others similarly situated

V.

Valid USA, Inc., Daniel Khouri, Parameswari Veluchamy, Pethinaidu Veluchamy, and Timothy Hooks

CASE NUMBER: 13-cv-7183

ASSIGNED JUDGE: Virginia M. Kendall

DESIGNATED MAGISTRATE JUDGE: Michael T. Mason

TO: (Name and address of Defendant)

Parameswari Veluchamy
3001 Oak Brook Hills Road
Oak Brook, IL 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Wilmes
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312-580-0100

an answer to the complaint which is herewith served upon you, within  21  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK ~~THOMAS G. BRUTON, CLERK~~

*(signature)*

(By) DEPUTY CLERK

DATE
January 2, 2014

DATE



*83532*

Law firm ref#:

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

ROCIO MARTINEZ, ET AL.,

    Plaintiff(s),

vs.

VALID USA, INC., ET AL.,

    Defendant(s).

Case No.: 13−cv−7183



### AFFIDAVIT OF SPECIAL PROCESS SERVER

Robert Rusch, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I have been appointed by the court to serve process in the above mentioned cause and/or am a special appointed process server, a licensed private investigator, and/or an employee/agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

DEFENDANT TO BE SERVED: **PARAMESWARI VELUCHAMY**

I, Served the within named DEFENDANT on October 22, 2014 @ 9:47 AM

INDIVIDUAL SERVICE: By delivering to the within named DEFENDANT a copy of this process personally.

TYPE OF PROCESS: **SUMMONS IN A CIVIL CASE AND AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**

ADDRESS WHERE SERVED: **219 S. DEARBORN, CHICAGO, IL 60604**

The sex, race and approximate age of the defendant or other person with whom the copy of this process was left is as follows:

Sex: **Female** − Skin: **Middle Eastern** − Hair: **Black** − Approx. Age: **60−65** − Height: **5ft 3in** − Weight: **130 lbs**

Service Comments: I approached the defendant in the hallway outside of courtroom 1019. I identified her after speaking to Mr. Veluchmy, co−defendant, and his attorney. I asked if she was Mrs. Veluchamy and she said yes. I explained that I had a summons for her and she took the documents.

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of _IL_

County of _COOK_

This instrument was subscribed and sworn to before me on _10/22/14_ (date)

By _Robert Rusch_ (name/s of person/s)

_Signature of Notary Public_

X _Robert Rusch_
Robert Rusch, Process Server
Dated _10/22/14_

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL 60606
312.752.1992

OFFICIAL SEAL
HEATHER L. CLONEY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/22/2018