**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Rocio Martinez, et al.
                           Plaintiff,

v.                                                     Case No.: 1:13−cv−07183
                                                        Honorable Virginia M. Kendall

Valid USA, Inc., et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 23, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held on 10/23/14 and continued to 11/17/14 at 9:00 a.m. Mailed notice(ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.