IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROCIO MARTINEZ, MARGARITA VILLALOBOS, ALEJANDRO RAMIREZ, and CHRISTIAN TAPIA, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VALID USA, INC., DANIEL KHOURI, PARAMESWARI VELUCHAMY, PETHINAIDU VELUCHAMY, and TIMOTHY HOOKS, <br><br> Defendants. | CASE NO. 13-cv-7183 <br><br> Judge Virginia Kendall <br><br> Magistrate Judge Michael Mason |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES; DESIGNATION OF CLASS REPRESENTATIVES AND APPOINTMENT OF PLAINTIFFS' COUNSEL; AND APPROVAL OF THE FORM AND MANNER OF CLASS SETTLEMENT NOTICE**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs ask the Court to enter an order:

1. Preliminarily approving the class-wide Settlement Agreement negotiated by Plaintiffs and Defendant Valid USA, Inc. ("Valid");

2. Conditionally certifying the proposed subclasses for settlement purposes only;

3. Designating Rocio Martinez, Margarita Villalobos, Alejandro Ramirez, and Christian Tapia as Class Representatives and their attorneys as Class Counsel;

4. Approving the form and manner of class notice; and

5. Setting a date for a final fairness hearing.

6. A draft order is attached to the memorandum of law filed in support of this motion.

WHEREFORE, Plaintiffs request entry of the attached draft order or a similar order.

Respectfully submitted,


/s/   Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
Hughes Socol Piers Resnick & Dym
70  W. Madison St. Suite 4000
Chicago, IL 60602
(312) 580-0100