IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROCIO MARTINEZ, MARGARITA VILLALOBOS, ALEJANDRO RAMIREZ, and CHRISTIAN TAPIA, individually and on behalf of others similarly situated, | ) ) ) ) ) ) | CASE NO. 13-cv-7183 Judge Virginia Kendall |
| Plaintiffs, | ) ) | Magistrate Judge Michael Mason |
| v. | ) ) ) | |
| VALID USA, INC., DANIEL KHOURI, PARAMESWARI VELUCHAMY, PETHINAIDU VELUCHAMY, and TIMOTHY HOOKS, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on December 9, 2014. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action and Award of Attorneys' Fees. A draft order is attached as Exhibit E to that Memorandum.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit E to Plaintiffs' Memorandum in Support of Their Motion For Final Approval of Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

Respectfully submitted,

/s/ Christopher J. Wilmes

Matthew J. Piers
Kalman D. Resnick
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100