IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROCIO MARTINEZ, MARGARITA VILLALOBOS, ALEJANDRO RAMIREZ, and CHRISTIAN TAPIA, individually and on behalf of others similarly situated, | ) ) ) ) ) ) | CASE NO. 13-cv-7183 Judge Virginia Kendall |
| Plaintiffs, | ) ) | Magistrate Judge Michael Mason |
| v. | ) ) | |
| VALID USA, INC., DANIEL KHOURI, PARAMESWARI VELUCHAMY, PETHINAIDU VELUCHAMY, and TIMOTHY HOOKS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR TENTATIVE FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND AWARD OF ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter a tentative order finally approving the Settlement Agreement that this Court preliminarily approved on May 26, 2015. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Tentative Final Approval of Class Action Settlement and Award of Attorneys' Fees. A draft order is attached as Exhibit 5 to that Memorandum.

As discussed further in the memorandum of law, the parties are asking for an order *tentatively* approving their class action settlement because Defendant Khouri's attorney did not timely mail Class Action Fairness Notice, as required by 28 U.S.C. § 1715(b) and the parties' settlement agreement. As a result, the Court cannot grant final approval of the settlement and dismiss the case with prejudice for ninety days. See *id*. § 1715(d).

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 5 to Plaintiffs' Memorandum in Support of Their Motion For Final Approval of Class Action Settlement and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

        Respectfully submitted,

        /s/   Christopher J. Wilmes

Matthew J. Piers
Kalman D. Resnick
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
312-580-0100