# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Rocio Martinez et al

Plaintiff(s),

v.

Valid USA, Inc. et al

Defendant(s).

Case No. 13 c 7183
Judge Virginia M. Kendall

## ORDER

Enter order denying motion for final approval of class action settlement without prejudice and authorizing mailing of settlement checks to class members.

Date: 9/15/2015

Virginia M. Kendall
United States District Judge

2015 OCT 22 AM 12:00