## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROCIO MARTINEZ, MARGARITA VILLALOBOS, ALEJANDRO RAMIREZ, and CHRISTIAN TAPIA, individually and on behalf of others similarly situated, | CASE NO. 13-cv-7183 <br><br> Judge Virginia Kendall |
| Plaintiffs, | Magistrate Judge Michael Mason |
| v. | |
| VALID USA, INC., DANIEL KHOURI, PARAMESWARI VELUCHAMY, PETHINAIDU VELUCHAMY, and TIMOTHY HOOKS, | |
| Defendants. | |

### ORDER DENYING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITHOUT PREJUDICE AND AUTHORIZING MAILING OF SETTLEMENT CHECKS TO CLASS MEMBERS

Plaintiffs Rocio Martinez, Margarita Villalobos, Alejandro Ramirez, and Christian Tapia and Defendant Valid USA, Inc. ("Valid USA") have reached a proposed Settlement Agreement resolving the claims in this lawsuit against Defendants Dan Khouri, Timothy Hooks, Pethinaidu Veluchamy, and Parameswari Veluchamy ("the UMS Defendants"). The Plaintiffs have filed a motion for tentative final approval of the proposed Settlement Agreement, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. Having reviewed the Plaintiffs' motion, the Court orders as follows:

1. Plaintiffs' motion for tentative final approval is denied for the reasons stated in open court. Until the statutorily required CAFA notice period elapses, *see* 28 U.S.C. 1715(b), the Court will make no ruling on the fairness of the parties' proposed settlement.

2. By agreement of the parties, the Court directs the court approved settlement administrator, Simpluris, Inc., to issue settlement checks to all Class Members who returned valid claim forms.

3. Simpluris shall mail these settlement checks to Class Members no later than thirty days after the entry of this Order. The Settlement Amounts awarded to each Class Member are listed in Exhibit 2 to the Plaintiffs' Memorandum in Support of Their Motion For Tentative Final Approval Of Class Action Settlement.

4. This case is set for further status on December 21, 2015 at 9:00 a.m.

ENTERED:

_____
United States District Court

Dated: 9-15-15