

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Martinez et al

Plaintiff(s),

v.

Valid USA, Inc. et al

Defendant(s).

Case No.  13 c 7183
Judge Virginia M. Kendall

### ORDER

Enter order granting final approval of settlement and dismissing claims with prejudice.

Date:  12/4/2015

Virginia M. Kendall
United States District Judge

2015 DEC 10  AM 5:11